■ In the Matter of JEFFREY THRALL, Appellant-Respondent, v CNY CENTRO, INC., et al., Respondents-Appellants. [793 NYS2d 795]—Appeal and cross appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (William R. Roy, J.), entered April 5, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that said cross appeal be and the same hereby is unanimously dismissed (*see Town of Massena v Niagara Mohawk Power Corp.*, 45 NY2d 482, 488 [1978]; *Matter of Brown v Starkweather*, 197 AD2d 840, 841 [1993], *lv denied* 82 NY2d 653 [1993]; *see also* CPLR 5511) and the judgment is affirmed without costs. Present—Green, J.P., Scudder, Kehoe, Smith and Hayes, JJ.